## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 521 MAL 2014
                                              :

                Respondent        :

                                                : Petition for Allowance of Appeal from the
                                                : Order of the Superior Court

                v.                         :

                                                  :

                                                  :

HARRIS NEWMAN,                          :

                          :

                Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of November, 2014, the Petition for Allowance of Appeal

is **DENIED**.